Ronnie O. Brown
#4873901
450 Bauchet st
Los Angeles, CA 9001?
In Pro Se

FILED
MAR 15 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NJV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

CV 17 1412

Ronnie O. Brown,
plantiff, Class Member

v.

STATE of California.
Govenor Jerry Brown
County of Los Angeles,
County of Los Angeles Sheriff
Depart, Jim McDonald Sheriff,
Charlie Beck Chief L.A. Police
Department, City of Los Angeles,
Los Angeles police Department,
Officer Hielman, Sergio Gonzales,
Sergeant Apostle LACSD,
John Doe1 - Chief medical LACSD,
S. Moses L.A Co Sheriff Deputy,
Steven Manning, TIM KRAL,
County of San Bernardino County
Counsl Rene Beasle,
County of San Bernardino, et. al,
Deputy Vasquez Eugene Ramirez
Defendants,

Case No.
NOTICE OF REQUEST TO ENTERVENE BY CLASS MEMBER FOR VIOLATIONS OF THE COURTS permanENT INJUNCTION BY DEFENDANTS FOR CIVIL RIGHTS VIOLATIONS WHILE A CLASS MEMBER
1. F.R.CIV.P. rule 65
2. 42 USC § 1983
3. American with Disability Act 42 USC § 12101 - 12132 etc.
4. Gov Code 4500 BLIND president
5. 29 USC § 794 a
6. 29 USC Rehabilitation ACT 504

# I.

## INTRODUCTION

1. This is A Request By A class MEMBER Ronnie BROWN a party to Armstrong v Davis (N.D. Cal - A permanent Injunction

issued by this Cour. For American With Disability Act against The state of California Department of Corrections, For state prisoners and parolees. The allegations herein are civil rights violations while Ronnie Brown is a Los Angeles County Jail inmate housed in Twin towers Correctional Facility located at 450 Bauchet street Los Angeles California. The class Member Mr. Brown was arrested on January 4, 2017 while actively Litigating A civil action against The County of Los Angeles The County of Los Angeles SHERIFF Department The County of San Bernardino, The County of San Bernardino sheriff Department, OMAR LASTRA, And Julius McChristian. The case before The State of California Superior Court was pending A motion to vacate Judgent, During The class Members Arrest, During The Litigation the class Member Requested A american with Disability Act accommodation, For The named Defendants because He is Legally blind, He requested Large print pleadings to which Defendants Refused. The plaintiff arrested By The City of Los Angeles police Department with A auxillary Aid Tapping Cane on January 4, 2017 was forcefuly Book, tapping cane Taken away, placed in The Rain buttnaked while unconcious, and had his Foot broken by L A P.D officer the cmen after He step on it. The class member was Taken To Los Angeles County Hospital placed in A Cast

For A [illegible], The class member while in The Los Angeles County Jail has Repeatedly Requested Reasonable ADA acomedations Tapping cane, magnifier to Read, C.C.CT.V, And Been Denied without Explanation or investigation. ALSO Numerous Request For Legal Forms, Access to Law Library, has been denied due to Jail policies and class member has Suffered actual Injury From Inability To meet Court Deadlines. The Los Angeles County Jail also has No mail or legal mail policies and it takes 2 weeks For mail to leave Jail and another 2 weeks to Receive mail, The class member Legal mail Has in some cases not Even been Received by The Recepient. The Jail also At Twin towers Correctional Facility Refuse To Serve a Hot breakfest. The Refuse To provide Greaming Supplies and Hygien Items To The class member, and Further Deny Reasonable Excercise periods. The class member Cannot file Comptemplated Litigation, Have access to Court, or Read any documents, The Defendants County of Los Angeles Sheriff Department Refuse To comply with Federal mandate of The Americans with Disability Act, or The Courts Order Requiring Them To develope A policy or procedure To provide ADA class members with auxillary Aide Such As Glasses, Tapping canes and Hearing Aids all inmate Grievance Has Been ignored.

2. II Jurisdictions

This Court has jurisdiction pursuant to 28 USC 1331 28 USC 1391 Class member plaintiff has complied with Government Code 910 et seq.

parties

3. Romme O. Brown Class Member/plaintiff Adult

Defendant Governor Jerry Brown sued in individual and offical capacity

Defendants County of Los Angeles, County of Los Angeles Sheriff Department, County of San Bernardino, The City of Los Angeles, The State of California County of San Bernardino County County Counsel, is sued as incorporated or unincorporated and in their own Right Gov Code 815.2, 815.6

Defendant Jim Mc donald Sheriff Los Angeles County is sued in his official and individual Capacity,

Defendant Sergio Gonzales is sued in his official and individual Capacity

Defendant Hindman is sued in his individual and official Capacity

Defendant S. Moses is sued in his individual and official Capacity.

Defendant Sergeant Apostle is sued in his individual and official Capacity.

Defendant Vasquez is sued in her individual and official Capacity

Defendant John Doe 1: LA County Chief Medical OFCR, Sued in his indiviual and official Capacity,

Defendant Rene Bearle is sued in her indiviual and official Capacity

Defendant Eugene Ramirez is sued in his indiviual and offical Capicity.

Defendant Docs is sued in his/Her indiviual and official Capacity and when True identity is obtaind, Class member will notify the Court.

## IV

## Statement of Claims

4. Defendant Govonor Jerry Brown was orderd by the Ninth Circuit Court of appeal to provide Reasonable ADA accomodations to Class Members in State prisons and County Jails, And Devise A plan to track These Class Members For purposes of providing Them with Tapping canes, Glasses, hearing aids and/or auxillary Aids. Defendant Brown Has Refused to do So Failed A tracking policy, procedure, custom, or practice, Deliberately disobeyed the courts ORDers and Farther As the Governor OF State of

Refuse to Refer to ADA [illegible] Assessment [illegible] to insure qualified Disabled plaintiff would Recieved his auxillary aids. while a class member and being detained in A Los Angeles County Jail, Requiring auxillary Aids and medical assistance.

5. Defendant County of Los Angeles Sheriff Department In Concert With Jim Mcdonald Sheriff Responsible For The Care, Custody, Treatment, and Discipline of plaintiff Class Member and Further, Responsible For The Rules, Regulations, Implementations of also polices, procedures, and Daily operations after being ordered by The Ninth Circuit Court of Appeal to Comply with A permanent Injunction to provide class members and state parolees with ADA accomodation Has Refused after The Courts order to modify, implement, or Regulate polices to ensure class member and Class member plaintiff would Not be discriminated against and be able to Recieve benefits, services, and Participate in programs. Has Refused to Respond to written grievances, written Request for ADA accomodations

TO provide Magnifiers, CCTV,S, Glasses, hearing aids and Tapping Canes, And Refuse to Implement a grievance procedure, Refuse TO Investigate ADA Accommodation Request For Class Member plaintiff, because he is blind and disabled and Deliberately Refuse TO Refer TO the ADA technical Assistance Manual. to ensure class member plaintiff has Due process to auxiliary aids as A qualified disabled person.

6. Defendant Jim McDonnell Sheriff L.A. County Sheriff Depart Responsible For The care, custody, treatment, and Discipline of plaintiff class Member Has implemented, enforced, Maintained and promulgated Rules, Regulations and polices that prohibit the plaintiff class member From using The Jail Law Library unless proper on A ongoing criminal case, and as A direct Result plaintiff Has been denied access to the courts to File contemplated Litigation, Meet court deadlines, Have assistance From persons trained in Law and Correspond with Legal Officials.

Defendant Jim Mcdonald Sheriff for County of Los Angeles Responsible For Care, Custody, Treatment, and discipline of class member plaintiff has implemented, Maintained, and promulgated a Rule, Regulation, policy, procedure or practice That denies The class member plaintiff The right to Freedom of Speech, Right to correspond, associate with Religious leaders and elected officials By practice Custom of habit and regulations of Not processing mail received into The Sheriffs Department custody on The Same day, it is Defendants Jim McDonald practice To take 2 weeks or more To mail The Classmembers mail out The Jail and another 2 wks To deliver The mail when in The State of California mail is presumed Received in 2 days. The Defendants has Failed To explain why, Respond To numerous inmate Grievances, or Modify The practice, The plaintiff class member has as A result Been unable To Communicate with outside Family, courts, meet court deadlines, OR Freely speak.

7. Defendant County of Los Angeles, The County OF Los Angeles Sheriff Department, Jim McDonald working and acting in Concert has Fostered, tolerated, implemented,

A policy, Regulation, and Custom The prohibts A Regular Hot meal breakeast, and Refuse To provine plaintiff class member a balanced meal with adequate State and federal Tempetures, and approved or Recognized by Food and nutrition Board as wholesome, healthy balanced meals, The denial has caused Severe Wieght Loss, Contribution to high blood pressure and pre diabetes.

8. Defendant City of Los Angeles police Dept The City of Los Angeles, And Defendant Charlie Beck police chief has working in concert Failed to inplement, policies Regulations, and practices that observe The American With Disability Act Requirements To not Discriminate against disabled persons who Required handicap Services, benefits, or programs once detained, arrested, or held in A city of Los Angeles Jail. The class Member plaintiff A qualified Legally blind disabled person while in custody of Defendants had his eye glasses, visual Reader, Tapping cance confiscated, and was unable to Ambulate, communicate, or have The Required auxiliary aids

[illegible] in his person and Had The items Confiscated, And The polices implemented by Thos Defendants prohibit the use by The class Member cause He is blind and Defendants has No polices, process, or grievence process To inquire into The confiscation OR would defendants Return The auxillary aids To The class member plaff.

9. Defendant officer Hinkman while plaintiff Class Member was standing was assauted and batered by This officer who stood on his Right Foot causing a fracture That Resulted in The foot being placed in a Leg Cast and Resulted in pain and sufering,

10. defendant Sergio Gonzales after Confiscating plaintiff class member auxilly aids Glases, Tapping Cane, and visual Readers while Holding it in his hands Refused TO Return Them To The Plantff cause He is blind and deliberate denied The Required medical applience as Also ADA acomendations and The Glases were not Book into plaintiff property Deliberately to prevent plaintff From being able to Ambulate and See.

10. Defendant Steven Manning owns, operates, controls, And Facilitates A private entity "OR public entity Doing business As Manning, Kass, Tresfler, Ramirez, and Rodriguez, Defendants Working in Concert also with Defendant TIM Kral Recieved writen notifications) The class member and plaintiff was legally blind and Needed A reasonable accomodation OR modification To The Law Firms polices, practices, or procedures For The opposing counsel of Record the plaintiff. Defendants were Requested To provide Large print pleadings To plaintiff class member and provide a copy of any procedures they had or polices, Defendant's Refused to provide The acomdations, investigate, or confer Regarding The Request as a result plaintiff case was dismissed, pleadings were filed in Respons Untimely and plaintiff class member was unable To have access to The courts in a case of Controversy Because He was Blind.

11. Defendants office of County of San Bernardino, county counsel, supervised and

Controlled by Rene Abade Failed, Refused, and Repeatedly denied modification, implementations, To plaintiff a class Member Numerous Request To provide Large print pleadings To The opposing Counsel OF Record The plaintiff, there were No polices, practice OR Regulations to File a grievance, To investigate The Request OR determine The alternative options To provide auxiliary visual aids By The defendant. As A result plaintiff Class member Law suit was Dismissed pleadings Filed by The plaintiff were untimely and access to The courts was Denied Because plaintiff was blind.

12. Defendant Sargeant Apostle of the Los Angeles County Sheriff Department is The ADA coordinator and Has Refused To Turn in auxiliary Aids Request OR investigate The Request For acomodation Of Glasses, Magnifiers, And tapping Canes or hearing aids, and Fail To Respond to writen Grievance Forms and has denied the permanent injunction order OF The court to develope polices

procedures or customs and plaintiff a class Member can't Read any Legal documents Books correspond because Defendant apostle Refuse to provide any visual aids Because plaintiff is blind and not give due process of Law To grievance process.

13. Defendant Deputy Vasquez Received plaintiff Class Members Legal mail address to Bakersfield Superior Court in a civil unlimited action, and Refused to mail the document threw it in The Trash, discarded it OR Simply Disregarded The plaintiff class member Intent To meet a court deadline, and a direct result The case was dismissal, the plaintiff Class Member was denied The Right to speech, access to courts, and to File contemplated Litigation with The court.

IV

First cause of Action
against all Defendants
42 U.S.C 1983 8th, 14th U.S Const
paragraph 1-12 are incorporated By Refrance

13. The outrageous, deliberate indifference to plaintiff 8th and 14th U.S. Constitional amendments to due process of Law

Equal protections of The Laws and Be Free From Cruel and unusual punishment was violated by malicious wanton infliction of pain and Suffering intentional inflicted by defendants who were aware of A court permanate injunction and who polices, practices, procedures or Customs was the proximate cause to plaintiff a class member being subjected to unnecessary conditions of confinement Not ordered by The Court as part of plaintiff punishment

14. Defendants Knew or should have known That their acts, omissions, conduct, polices, procedures, custom of habits, or implemented Rules, Regulations, or Lack of implemented Rules, Regulations, Custom of habits would cause injury to the plaintiff, and Defendants Deliberate with intent to breach a federal mandate caused Lasting and Severe permanate injury to The plaintiff.

14. Defendants Conduct, acts, omissions was dispicable and The proximate cause and moving force to plaintiff sustained injuries.

VI

15. Second cause of Action 8th 14th U.S.C.
42 USC § 1983 42 USC § 12101-12132
American with Disability Act
against County of Los Angeles, County of San Bernardino, Manning Kass Trestler, Ramirez, Robin Glaser Law Firm

paragraph 1-15 [illegible] by Referena

16. The Continved Refusal to Comply with Federal mandate of The American with Disability technical assistane manual For public entities or private entities was discriminatory To A qualified legally BLind plaintiff and Class Member, And breached and Investigation and Grievance procedure For A written Request For ADA accomodation 28 C.F.R 35.104; 35.151 42 U.S.C. § 225 42 USC 12132- 12133 and Defendants Conduct Violated 29 USC § 794(a) 42 USC § 12101 - 12132. 42 USC § 12131(2). was a violation of plaintiff 8th and 14th U.S. Const amendments

16. Defendants Knew or should Have Known Their Acts, omissions, Conduct, and Failure To provide A Reasonable accomodation would discriminate against Plaintiff a qualified legally blind person and deny A Reasonable ADA acomodation.

17. Defendants Conduct, acts, omissions was deliberate with inten to discrimate against a qualified Legally blind person and was The moving Force are proximate cause To plaintiff sustained injuries.

18. plaiff has Suffered and will Continue To suffer irreparable injuries to his person and psyche as A Direct Result of The defendants Conduct, acts, omissions and deliberate discrimination to a qualified disabled blind person.

19. VII

Third Cause of Action
42 USC § 1983 State claim 8 th 14th U.S.C P.C 4000.
P.C 4011. 4011.1
against named defendants
County of Los Angeles Sheriff Jim mcdonnell

paragraphs 1-18 incorporated by Reference

20. Defendants outrageous, deliberate indifference, and Continued Refusal to treat, provide auxiliary aids, and benefits, Services, of medical attention was a violation of plaintiff 8th and 14th U.S. constitutional privileges and immunities.

21. Defendants Knew, or should have Know That there acts commissions, Conduct, or behavior was A Forseeable Risk of detriment To plaintiff health and were deliberate with malicious intent to cause wanton infliction of pain and suffering to the plaintiff

22. Defendants conduct, conduct deliberate indiffren To plaintiff medical needs or Request For auxilary aids was the moving Force and proximate cause to plaintiff Sustaind injures.

23 plaintiff has suffed loss of wight, Loss of sight, irreperable injures to his Eyes, persons and psyche as A Direct Result OF The Defendants conduct.

24

## Demand For Jury Trial

The plaintiff Demands A Trial By A Jury.

## prayer For Relief

25. wherefore, The plaintiff Demands

1. Damages in amount of $15 millon Dollars in nominal, conphensatory and special Damage For and against all defendants

2. Declaratory Relief of Rights of parties

3. Tempory Restraining Order prohibiting defendants From denying A Hot Breakfast, The Right To Access Law Library, The Right To correspond By mail, The Right to auxillary Aids Glasses, and Tapping Cane.

4. Court enforce permanent injunction and Courts order Requiring County Jails to Devise and Develope polices to prapse Plaintiff and Inmates with Tapping Canes, Embosses; and heary aids,

5. Any Further order Just and Fair Deemed By The Court to be Lawful and Required By Law As Facts of The Case At Bar.

## Verification

I, Romeo O. Brown declare, That I am the plaintiff class member and Familar with The Facts of The Case and Could Competent testify To The statements and allegations stated herein The Civil Complaint.

Dated: 2.27.16

Respectfully Submitted

Romeo O. Brown
plaintiff In pro Se

United states District Court
Northern District of California

Renee D. Brown,
plaff'

Case No.
proof of Service

v.
state of California and
Jerry Brown,
Defendant,

This is to certify that on ________ 2017 I did serve a copy of the attached Complaint by placing in a fully postage paid envelope and depositing in U.S. mail at Los Angeles, CA address to the persons named below.

United States District Court
Northern District of California
U.S. Courthouse
Office of The Clerk
455 Golden Gate Ave
San Francisco, CA 94102

I declare under penalty of perjury the above foregoing is True and Correct.

______________________
Declarant